UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO ERNESTO VASQUEZ CORREAL,<br><br>Petitioner,<br><br>v.<br><br>FACILITY ADMINISTRATOR/WARDEN TACOMA ICE PROCESSING CENTER; UNITED STATES OF AMERICA,<br><br>Respondents. | CASE NO. 2:26-cv-03294<br><br>ORDER |

This matter comes before the Court on Julio Ernesto Vasquez Correal's Motion for Clarification of Judgment. Dkt. # 11. Petitioner requests clarification on whether the Court may consider challenges to his October 29, 2026, bond hearing that was held as a result of this Court's prior order granting his petition in part. *Id.* at 3-4; *see* Dkt. # 9. While the Court will not consider any of Petitioner's arguments regarding his bond hearing in answer to the current motion, Petitioner may file a motion to enforce judgment—to which Respondents may file a response—or another petition with the Court. *See Nawrozi v. Warden of NWIPC*, 2026 WL 2823488, at *1 (W.D. Wash. Sept. 21, 2026) (reviewing challenges to an ordered bond hearing in a motion to enforce judgment); *Smith v. Hernandez*, 2026 WL 2085853, at *1 (W.D. Wash. July 20, 2026) (reviewing challenges to an ordered bond hearing in a new petition).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 6th day of November, 2026.

John H. Chun
United States District Judge